# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DENNIS DALE CATCHINGS, | Case No. CV 21-0284 ODW (PVC) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| JACQUELINE SEABROOKS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: July 2, 2021

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE